

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2016

No. 04-15-00096-CV

**ALS 88 DESIGN BUILD LLC**,
Appellant

v.

**MOAB CONSTRUCTION CO.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03033
Honorable Gloria Saldana, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice[1]
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The court has considered the Appellee's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court

---

[1] Justice Alvarez dissents in the Court's denial of rehearing en banc, as she would request a response.